# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ELEINE FRANCIS <br><br> *Plaintiff(s)* <br> v. <br> NYPD DET. JERMAINE CLARK, NYPD DET. JOSEPH SANATORE, AND NYPD OFFICER IVAN COBOTIC <br><br> *Defendant(s)* | Civil Action No.17-cv-262 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  NYPD DET. JERMAINE CLARK

PLEASE SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
STECKLOW & THOMPSON
217 CENTRE STREET 6TH FLOOR
NY NY 10013
(212) 566-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 1/12/2017

/s/ R. Chambers

*Signature of Clerk or Deputy Clerk*

# Rider

1. **NYPD DET. JERMAINE CLARK**
2. **NYPD DET. JOSEPH SANATORE**
3. **NYPD OFFICER IVAN COBOTIC**